DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**
OCT - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

VU NHAT VO

Debtor

) Chapter 13
)
) Case No. 06-52284 SLJ
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499164 for an unclaimed dividend in the amount of $9.82. The name and address of the claimant entitled to the unclaimed dividend is as follows;

VU NHAT VO
1471 YELLOWSTONE AVE
MILPITAS, CA 95035

Dated: October 04, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 06-52284  Doc# 38  Filed: 10/07/11  Entered: 10/18/11 14:05:12  Page 1 of 1